AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia    Richmond Division

FILED
JAN 19 2012
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

DAVID C. SMITH )
_____ )
*Plaintiff* )
)
v. ) Civil Action No. 3:12CV005
Experian Information Solutions, Inc., )
Trans Union, LLC., Bank of America, N.A., BAC Loan Servicing, )
L.P., )
Brock & Scott, PLLC. )
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* EXPERIAN INFORMATION SOLUTIONS, INC.
SERVE: David N. Anthony, Registered Agent
1001 Haxall Point
Richmond, VA 23219

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: LEONARD A. BENNETT, ESQ.
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, VA 23601

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: JAN -4 2012                    CMcCracken
                                      *Signature of Clerk or Deputy Clerk*

# AFFIDAVIT OF SERVICE

| | |
|---|---|
| COMMONWEALTH OF VIRGINIA | SERVICE OTHER THAN BY VIRGINIA SHERIFF |
| in the: | |
| **UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF VA** | STATE/COMMONWEALTH OF: VA     308022 - 1 |

| | | |
|---|---|---|
| DAVID C SMITH | } | CASE NO: |
| In re / v. | } | **3:12CV005** |
| EXPERIAN INFORMATION SOLUTIONS, INC., ET AL | } | |

**DAVID N ANTHONY, REG AGENT**

EXPERIAN INFORMATION SOLUTIONS, INC

1001 HAXALL POINT, RICHMOND, VA 23219

is the name and address of the person upon whom service of the following is to be made.

**Document(s) Served:** SUMMONS IN A CIVIL ACTION
COMPLAINT

I, the undersigned swear/affirm that I am a private process server, I am not a party to, or otherwise interested in the subject matter in controversy in this case, I am 18 years of age or older, and I served as shown below, the above named person upon whom service of process was to be made with copies described above.

Date and time of service:    1/9/2012 @ 9:55 AM

**METHOD OF SERVICE:**

*PERSONAL SERVICE*

Dated: 1/10/2012    Signature
Name: LARAINE NICOLE JOHNSON

COMMONWEALTH OF VIRGINIA
CITY OF POQUOSON

Subscribed and sworn to/affirmed before me this day by
LARAINE NICOLE JOHNSON
who is personally known to me.
Date: 1/10/2012
My commission expire 1/31/2015

Signature of Notary Public: JEKECIA K. JEFFERSON, REG #7127290

JEKECIA K. JEFFERSON, REG #7127290
Notary Public
Commonwealth of Virginia
My Commission Expires: 1/31/2015

Hester Services, Inc., P.O. Box 2070, Poquoson, VA 23662, Phone 757-868-5833

DONNA WINTERS     308022 - 1

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia    Richmond Division

| | |
|---|---|
| DAVID C. SMITH <br><br> *Plaintiff* <br><br> v. <br><br> Experian Information Solutions, Inc., Trans Union, LLC., Bank of America, N.A., BAC Loan Servicing L.P., Brock & Scott, PLLC. <br><br> *Defendant* | ) ) ) ) ) ) ) ) ) ) Civil Action No. 3:12CV005 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* TRANS UNION, LLC.
SERVE: Corporation Service Company, Registered Agent
11 S. 12th Street
Richmond, VA 23218

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: LEONARD A. BENNETT, ESQ.
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, VA 23601

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: JAN -4 2012      *C McCracken*

*Signature of Clerk or Deputy Clerk*

# CERTIFICATE
# OF
# CORPORATION SERVICE COMPANY

**THIS CERTIFICATE MADE** pursuant to Subsection 2(b) of Section 13.1-634, Subsection 2(b) of Section 13.1-763, Subsection 2(b) of Section 13.1-1015 and Section 50-73.4 of the Virginia Code.

**CORPORATION SERVICE COMPANY**, a corporation authorized to do business in the Commonwealth of Virginia, does hereby certify that:

1. It is incorporated under the Laws of the State of Delaware and was authorized to do business in Virginia on June 1, 2001.

2. (a) It maintains a business office in the Commonwealth of Virginia at Bank of America Center, 16th Floor, 1111 East Main Street, Richmond, VA 23219

   (b) Service of process may be made at such business office in the City of Richmond upon corporations, limited liability companies, partnerships, trusts and other entities, associations and persons which have designated it as agent for service of process.

   (c) The names of the individuals authorized to receive process served upon Corporation Service Company as the agent for service of process of any corporations, limited liability companies, partnerships, trust and other entities, associations and persons which have designated it as such agent are:

   | | | |
   |---|---|---|
   | Beverley L. Crump | Rene Nordquist | Meda Sterrett |
   | Nicole T. McCallum | Pamela Frazier | Linda B. Liles |
   | Amy Tarker | Kari Childress | John Isom |
   | Dustin Kline | | |

**WHEREFORE,** Corporation Service Company has caused its corporate name to be hereunto subscribed this 29 day of April 2011.

        CORPORATION SERVICE COMPANY

        BY: _____
        George A. Massih III, Vice President

STATE OF DELAWARE
COUNTY OF NEW CASTLE

The foregoing instrument was acknowledged before me this 29th day of April 2011, by George A. Massih III.

        _____
        Notary Public

My Commission Expires: 1-31-13

308022-2 2/5

# AFFIDAVIT OF SERVICE

COMMONWEALTH OF VIRGINIA

In the:

**UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF VA**

DAVID C SMITH

In re / V.

EXPERIAN INFORMATION SOLUTIONS, INC., ET AL

SERVICE OTHER THAN BY VIRGINIA SHERIFF

STATE/COMMONWEALTH OF: VA

CASE NO:

**3:12CV005**

---

**CORPORATION SERVICE CO., REG AGENT**
**TRANS UNION, LLC**
**11 SOUTH 12TH STREET, RICHMOND, VA 23218**

is the name and address of the person upon whom service of the following is to be made.

**Document(s) Served:** SUMMONS IN A CIVIL ACTION
COMPLAINT

I, the undersigned swear/affirm that I am a private process server, I am not a party to, or otherwise interested in the subject matter in controversy in this case, I am 18 years of age or older, and I served as shown below, the above named person upon whom service of process was to be made with copies described above.

Date and time of service: **1/9/2012 @ 10:10 AM**
Place of service if DIFFERENT than above: **1111 E MAIN ST 16TH FL RICHMOND VA**

**METHOD OF SERVICE:**

*Being unable to make personal service, a copy was delivered in the following manner:*

Delivered to person found in charge of usual place of business or employment during business hours and giving information of its purport Service accepted by:
**RENE NORDQUIST**

Dated: 1/10/2012
Name: LARAINE NICOLE JOHNSON

COMMONWEALTH OF VIRGINIA
CITY OF POQUOSON
Subscribed and sworn to/affirmed before me this day by
LARAINE NICOLE JOHNSON
who is personally known to me.
Date: 1/10/2012
My commission expires: 1/31/2015

Signature of Notary Public: JEKECIA K. JEFFERSON, REG #7127290

JEKECIA K. JEFFERSON, REG #7127290
Notary Public
Commonwealth of Virginia
My Commission Expires: 1/31/2015

HESTER SERVICES, Inc., P.O. Box 2070, Poquoson, VA 23662, Phone 757-868-5833

DONNA WINTERS

308022 - 2

AO 440 (Rev. 12/09) Summons in a Civil Action

F I L E
JAN 19 2012
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia         Richmond Division

| | |
|---|---|
| DAVID C. SMITH <br><br> *Plaintiff* <br> v. <br> Experian Information Solutions, Inc., Trans Union, LLC., Bank of America, N.A., BAC Loan Servicing, L.P., Brock & Scott, PLLC. | ) ) ) ) ) ) ) ) ) Civil Action No. 3:12CV005 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* BANK OF AMERICA, N.A.
SERVE: CT Corporation System, Registered Agent
4701 Cox Road, Suite 301
Glen Allen, VA 23060

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: LEONARD A. BENNETT, ESQ.
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, VA 23601

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: JAN -4 2012

C. McCracken

*Signature of Clerk or Deputy Clerk*

## Service Authorization

CT Corporation System is registered agent for various corporations, limited liability companies and partnerships. The following persons are designated in the office of the corporation upon whom any process, notice or demand may be served as representatives of the Corporation.

Tinika C. Baylor

~~Katie E. Bush~~

Teresa Brown

Adam Carr

Dacia Jamison

Jabrel Samuel

Tyler Puryear

This authorization pertains to the authority of individuals to receive process on behalf of CT Corporation System and Business Filings Incorporated. It does not certify the receipt or acceptance of any specific process.

_____
Tinika C. Baylor
Corporate Operations Manager
CT Corporation System
A Wolters Kluwer Company

State of Virginia
County of Henrico

This day personally appeared before me, Tinika C. Baylor, whose name is signed above and who, being first duly sworn, upon her oath, states that the foregoing Affidavit is true to the best of her knowledge and belief.

Subscribed and sworn before me this ___9___ day of _Dec._, ~~2010~~ 2011

#286304

_____
Notary Public
Teresa Brown

308022-3  2/5

# AFFIDAVIT OF SERVICE

| | |
|---|---|
| COMMONWEALTH OF VIRGINIA | SERVICE OTHER THAN BY VIRGINIA SHERIFF |
| in the: | |
| **UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF VA** | STATE/COMMONWEALTH OF: VA     308022 - 3 |
| DAVID C SMITH | CASE NO: |
| In re / v. | **3:12CV005** |
| EXPERIAN INFORMATION SOLUTIONS, INC., ET AL | |

**PERSON FOUND IN CHARGE BANK OF AMERICA, N.A.**
**CT CORPORATION SYSTEM, REG AGENT**
**4701 COX RD STE 301, GLEN ALLEN, VA 23060**

is the name and address of the person upon whom service of the following is to be made.

**Document(s) Served:** SUMMONS IN A CIVIL ACTION
COMPLAINT

I, the undersigned swear/affirm that I am a private process server, I am not a party to, or otherwise interested in the subject matter in controversy in this case, I am 18 years of age or older, and I served as shown below, the above named person upon whom service of process was to be made with copies described above.

**Date and time of service:**     1/9/2012    @    9:23 AM

**METHOD OF SERVICE:**

*Being unable to make personal service, a copy was delivered in the following manner:*

*Delivered to person found in charge of usual place of business or employment during business hours and giving information of its purport Service accepted by:*
**KATIE BUSH**

Dated: 1/10/2012     Signature
Name: LARAINE NICOLE JOHNSON

COMMONWEALTH OF VIRGINIA
CITY OF POQUOSON

Subscribed and sworn to/affirmed before me this day by
LARAINE NICOLE JOHNSON
who is personally known to me.
Date: 1/10/2012
My commission expire    1/31/2015     Signature of Notary Public:    JEKECIA K. JEFFERSON, REG #7127290

> JEKECIA K. JEFFERSON, REG #7127290
> Notary Public
> Commonwealth of Virginia
> My Commission Expires: 1/31/2015

Hester Services, Inc., P.O. Box 2070, Poquoson, VA 23662, Phone 757-868-5833

DONNA WINTERS     308022 - 3