IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND VIRGINIA

| | |
|---|---|
| DAVID C. SMITH,<br><br>          Plaintiff(s),<br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; BANK OF AMERICA, N. A.; BAC LOAN SERVICING, L. P.; AND BROCK & SCOTT, PLLC,<br><br>          Defendant(s). | Civil No. 3:12-cv-005 |

## **BROCK & SCOTT, PLLC's RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

NOW INTO COURT, through undersigned counsel, comes Brock & Scott, PLLC, which, pursuant to 7.1(a) and (b) of the Federal Rules of Civil Procedure, hereby submits its Corporate Disclosure Statement and states as follows:

    1.    Fed. R. Civ. P. 7.1(a) provides: "A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation."

    2.    Brock & Scott, PLLC has no parent corporation or any publically held corporation that owns 10% or more of its stock.

                                               BROCK & SCOTT, PLLC

                                      By: _____"/s/"_____
                                              William D. Bayliss

William D. Bayliss, Esquire (VSB No. 13741)
bbayliss@williamsmullen.com
Williams, Mullen, Clark & Dobbins, P.C.
200 South 10th Street, 16th floor
Richmond, VA 23219
Telephone: (804) 420-6000
Facsimile:   (804) 420-6507
*Of Counsel*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

CERTIFICATE OF SERVICE

      I hereby certify that on the 24th day of February, 2012, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

| | | |
|---|---|---|
| **David Neal Anthony**<br>Troutman Sanders LLP<br>Troutman Sanders Bldg<br>1001 Haxall Point<br>PO Box 1122<br>Richmond, VA 23219<br>804-697-5410<br>804-698-5118 (fax)<br>david.anthony@troutmansanders.com<br>  Assigned: 01/30/2012<br>  LEAD ATTORNEY<br>  ATTORNEY TO BE NOTICED | representing | **Experian Information Solutions, Inc.**<br>*(Defendant)* |
| **Leonard Anthony Bennett**<br>Consumer Litigation Associates<br>763 J Clyde Morris Boulevard<br>Suite 1A<br>Newport News, VA 23601<br>757-930-3660<br>757-930-3662 (fax)<br>lenbennett@cox.net<br>  Assigned: 01/03/2012<br>  LEAD ATTORNEY<br>  ATTORNEY TO BE NOTICED | representing | **David C. Smith**<br>*(Plaintiff)* |

| | | |
|---|---|---|
| **Catherine Paige Bobick**<br>McGuire Woods LLP<br>310 4th St NE Suite 300<br>PO Box 1288<br>Charlottesville, VA 22902<br>434-977-2500<br>434-980-2222 (fax)<br>pbobick@mcguirewoods.com<br>  *Assigned: 02/15/2012*<br>  *LEAD ATTORNEY*<br>  *ATTORNEY TO BE NOTICED* | representing | **BAC Loan Servicing, L.P.**<br>*(Defendant)* |
| | | **Bank of America, N.A.**<br>*(Defendant)* |
| **Paul D. Jenkins**<br>McGuireWoods LLP<br>(Charlottesville)<br>310 4th St NE<br>PO Box 1288<br>Charlottesville, VA 22902-1288<br>434-977-2500<br>434-980-2222 (fax)<br>pjenkins@mcguirewoods.com<br>  *Assigned: 01/30/2012*<br>  *LEAD ATTORNEY*<br>  *ATTORNEY TO BE NOTICED* | representing | **BAC Loan Servicing, L.P.**<br>*(Defendant)* |
| | | **Bank of America, N.A.**<br>*(Defendant)* |
| **Susan Mary Rotkis**<br>Consumer Litigation Associates<br>763 J Clyde Morris Boulevard<br>Suite 1A<br>Newport News, VA 23601<br>757-930-3660<br>(757) 930-3662 (fax)<br>srotkis@clalegal.com<br>  *Assigned: 01/03/2012*<br>  *ATTORNEY TO BE NOTICED* | representing | **David C. Smith**<br>*(Plaintiff)* |

|  |  |  |
|---|---|---|
| **Michael Robert Ward**<br>Morris & Morris PC<br>11 South 12th Street<br>5th Floor<br>PO Box 30<br>Richmond, VA 23218<br>(804) 344-8300<br>804-344-8359 (fax)<br>mward@morrismorris.com<br>*Assigned: 01/30/2012*<br>*ATTORNEY TO BE NOTICED* | representing | **Trans Union, LLC.**<br>*(Defendant)* |

_____"/s/"_____<br>
William D. Bayliss

William D. Bayliss, Esquire (VSB No. 13741)
bbayliss@williamsmullen.com
Williams, Mullen, Clark & Dobbins, P.C.
200 South 10th Street, 16th floor
Richmond, VA 23219
Telephone: (804) 420-6000
Facsimile:  (804) 420-6507
*Of Counsel*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

17319059_1.DOC