IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| DAVID C. SMITH,<br><br>               Plaintiff(s),<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; BANK OF AMERICA, N. A.; BAC LOAN SERVICING, L. P.; AND BROCK & SCOTT, PLLC,<br><br>               Defendant(s). | Civil No. 3:12-cv-00005 |

## **NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Brendan D. O'Toole of the law firm Williams Mullen hereby notes his appearance as counsel for the defendant, Brock & Scott, PLLC.

                                     BROCK & SCOTT, PLLC

                              By: _____"/s/"_____
                                        Brendan D. O'Toole

Brendan D. O'Toole, Esquire (VSB No. 71329)
botoole@williamsmullen.com
Williams, Mullen, Clark & Dobbins, P.C.
200 South 10th Street, 16th floor
Richmond, VA 23219
Telephone: (804) 420-6000
Facsimile: (804) 420-6507
*Of Counsel*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

CERTIFICATE OF SERVICE

      I hereby certify that on the 3rd day of April, 2012, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

| | | |
|---|---|---|
| **David Neal Anthony**<br>Troutman Sanders LLP<br>Troutman Sanders Bldg<br>1001 Haxall Point<br>PO Box 1122<br>Richmond, VA 23219<br>804-697-5410<br>804-698-5118 (fax)<br>david.anthony@troutmansanders.com<br>  *Assigned: 01/30/2012*<br>  *LEAD ATTORNEY*<br>  *ATTORNEY TO BE NOTICED* | representing | **Experian Information Solutions, Inc.**<br>*(Defendant)* |
| **Leonard Anthony Bennett**<br>Consumer Litigation Associates<br>763 J Clyde Morris Boulevard<br>Suite 1A<br>Newport News, VA 23601<br>757-930-3660<br>757-930-3662 (fax)<br>lenbennett@cox.net<br>  *Assigned: 01/03/2012*<br>  *LEAD ATTORNEY*<br>  *ATTORNEY TO BE NOTICED* | representing | **David C. Smith**<br>*(Plaintiff)* |
| **Catherine Paige Bobick**<br>McGuire Woods LLP<br>310 4th St NE Suite 300<br>PO Box 1288<br>Charlottesville, VA 22902<br>434-977-2500<br>434-980-2222 (fax)<br>pbobick@mcguirewoods.com<br>  *Assigned: 02/15/2012*<br>  *LEAD ATTORNEY*<br>  *ATTORNEY TO BE NOTICED* | representing | **BAC Loan Servicing, L.P.**<br>*(Defendant)* |

|  |  |  |
|---|---|---|
|  |  | **Bank of America, N.A.** *(Defendant)* |
| **Paul D. Jenkins** McGuireWoods LLP (Charlottesville) 310 4th St NE PO Box 1288 Charlottesville, VA 22902-1288 434-977-2500 434-980-2222 (fax) pjenkins@mcguirewoods.com  *Assigned: 01/30/2012*  *LEAD ATTORNEY*  *ATTORNEY TO BE NOTICED* | representing | **BAC Loan Servicing, L.P.** *(Defendant)* |
|  |  | **Bank of America, N.A.** *(Defendant)* |
| **Susan Mary Rotkis** Consumer Litigation Associates 763 J Clyde Morris Boulevard Suite 1A Newport News, VA 23601 757-930-3660 (757) 930-3662 (fax) srotkis@clalegal.com  *Assigned: 01/03/2012*  *ATTORNEY TO BE NOTICED* | representing | **David C. Smith** *(Plaintiff)* |
| **Michael Robert Ward** Morris & Morris PC 11 South 12th Street 5th Floor PO Box 30 Richmond, VA 23218 (804) 344-8300 804-344-8359 (fax) mward@morrismorris.com  *Assigned: 01/30/2012*  *ATTORNEY TO BE NOTICED* | representing | **Trans Union, LLC.** *(Defendant)* |

                                                      "/s/"  
                                                  Brendan D. O'Toole

Brendan D. O'Toole, Esquire (VSB No. 71329)
botoole@williamsmullen.com
Williams, Mullen, Clark & Dobbins, P.C.
200 South 10th Street, 16th floor
Richmond, VA 23219
Telephone: (804) 420-6000
Facsimile:   (804) 420-6507
*Of Counsel*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

*17579412_1.DOC*