IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

DAVID C. SMITH,

    Plaintiff,

v.                                             Civil Action No. 3:12CV00005-HEH

EXPERIAN INFORMATION
  SOLUTIONS, INC., et al.,

    Defendants.

## ORDER
### (Settlement Conference Referral)

It is hereby ORDERED that the settlement conference and proceedings required by paragraph 3 of the Scheduling Order are referred to United States Magistrate Judge David J. Novak. Counsel shall be responsible for contacting the Chambers of Magistrate Judge Novak within five (5) days of the date of this Order to schedule the conference, which should occur at least thirty (30) days before the start of trial and at such time as Magistrate Judge Novak shall approve.

The Clerk is directed to send a copy of this Order to Magistrate Judge Novak and to all counsel of record.

It is so ORDERED.

                                                          /s/
                                            Henry E. Hudson
                                            United States District Judge

Dated: April 6, 2012
Richmond, Virginia