IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

DAVID C. SMITH,

    Plaintiff

v.                                                       CIVIL NO. 3:12cv005

EXPERIAN INFORMATION
SOLUTIONS, INC., et al

    Defendants.

## PLAINTIFF'S SUPPLEMENTAL F.R.C.P. 26(a)(1) DISCLOSURES

    COMES NOW the Plaintiff, DAVID C. SMITH, by counsel, and makes the following supplemental document disclosures:

**II. Description of documents in possession of the Plaintiff.**

    Other than those documents obtained from any Defendant in discovery, the Plaintiff has the following supplemental documents in his possession and control:

    Plaintiff's Bate Stamped Nos. SMITH000347 – SMITH000428

**I. Individuals likely to have discoverable information**

    Chris McConville
    4046 TurnwoodLane
    Moon Township, PA 15108

        *Expert Witness*

    Plaintiff reserves the right to further supplement these disclosures.

1

DAVID C. SMITH,

/s/
Leonard A. Bennett, Esq.
VSB #37523
Attorney for Plaintiff
CONSUMER LITIGATION
ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, VA 23601
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
lenbennett@cox.net

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of April , 2012, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

David Neal Anthony
Troutman Sanders LLP
Troutman Sanders Bldg
1001 Haxall Point
PO Box 1122
Richmond, VA 23219
804-697-5410
Fax: 804-698-5118
Email: david.anthony@troutmansanders.com

Michael Robert Ward
Morris & Morris PC
11 South 12th Street
5th Floor
PO Box 30
Richmond, VA 23218
(804) 344-8300
Fax: 804-344-8359
Email: mward@morrismorris.com

2

Catherine Paige Bobick
McGuire Woods LLP
310 4th St NE Suite 300
PO Box 1288
Charlottesville, VA 22902
434-977-2500
Fax: 434-980-2222
Email: pbobick@mcguirewoods.com

Paul D. Jenkins
McGuireWoods LLP (Charlottesville)
310 4th St NE
PO Box 1288
Charlottesville, VA 22902-1288
434-977-2500
Fax: 434-980-2222
Email: **paul@pauljenkinslaw.com**

William Delaney Bayliss
Williams Mullen (Richmond)
200 South 10th Street
16th Floor
Richmond, VA 23219
(804) 420-6459
Fax: (804) 420-6507
Email: **bbayliss@williamsmullen.com**


Allison Liebman Cannizaro
Sessions Fishman Nathan & Israel LLC
3850 N Causeway Blvd
Lakeway Two Suite 200
Metairie, LA 70002
504-846-7926
Fax: 504-828-3737
Email: acannizaro@sessions-law.biz

Brendan David O'Toole
Williams Mullen (Richmond)
200 South 10th Street
16th Floor
Richmond, VA 23219
804-420-6588
Fax: 804-420-6507
Email: botoole@williamsmullen.com

3

                          /s/
Leonard A. Bennett, Esq.
VSB #37523
Attorney for Plaintiff
CONSUMER LITIGATION ASSOCIATES, P.C.
12515 Warwick Boulevard, Suite 100
Newport News, Virginia 23606
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
lenbennett@cox.net