UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division
_____

DAVID C. SMITH,                                    Case No. 3:12-cv-00005-HEH-DJN

                Plaintiff,

v.

EXPERIAN INFORMATION
SOLUTIONS, INC. et al,

                Defendants.

_____/


## MOTION FOR PAUL D. JENKINS TO WITHDRAW AS COUNSEL

Pursuant to the Rules of the Court, the undersigned hereby moves for leave to withdraw as counsel of record on behalf of Bank of America, N.A. ("BANA") in this matter.

The undersigned ended his association with the law firm of McGuireWoods LLP on February 20, 2012.  McGuireWoods LLP has continued to represent BANA in all aspects of the litigation.

For the foregoing reasons, the undersigned respectfully requests that the Court grant this motion.  A proposed order is submitted herewith.


Dated: April 17, 2012                        Respectfully submitted,

                                       /s/   Paul D. Jenkins_____
                                       Paul D. Jenkins (VSB No. 81433)
                                       Jenkins Law PLC
                                       401 E. Market St., Executive Suite 15
                                       Charlottesville, VA 22902
                                       434.218.2675
                                       paul@pauljenkinslaw.com

**CERTIFICATE OF SERVICE**

I certify that on April 17, 2012, I electronically filed the foregoing with the Clerk of

Court using the CM/ECF system, which system will send a notification of such filing (NEF) to

all counsel of record in this case.

/s/   Paul D. Jenkins
Paul D. Jenkins (VSB No. 81433)