IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**DAVID C. SMITH,**

      **Plaintiff**

v.    CIVIL NO. 3:12cv005

**EXPERIAN INFORMATION
SOLUTIONS, INC., et al**

      **Defendants.**

## PLAINTIFF'S SECOND SUPPLEMENTAL F.R.C.P. 26(a)(1) DISCLOSURES

    COMES NOW the Plaintiff, DAVID C. SMITH, by counsel, and makes the following supplemental document disclosures:

**II.  Description of documents in possession of the Plaintiff.**

    Other than those documents obtained from any Defendant in discovery, the Plaintiff has the following supplemental documents in his possession and control:

    Plaintiff's Bate Stamped Nos. SMITH000429 – SMITH000662

    Plaintiff reserves the right to further supplement these disclosures.

                DAVID C. SMITH,

                _____/s/_____
                Leonard A. Bennett, Esq.
                VSB #37523
                Attorney for Plaintiff
                CONSUMER LITIGATION
                ASSOCIATES, P.C.
                763 J. Clyde Morris Boulevard, Suite 1-A
                Newport News, VA 23601
                (757) 930-3660 - Telephone
                (757) 930-3662 – Facsimile
                lenbennett@cox.net

## *CERTIFICATE OF SERVICE*

I hereby certify that on this 20th day of April , 2012,  I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

David Neal Anthony
Troutman Sanders LLP
Troutman Sanders Bldg
1001 Haxall Point
PO Box 1122
Richmond, VA 23219
804-697-5410
Fax: 804-698-5118
Email: david.anthony@troutmansanders.com

Michael Robert Ward
Morris & Morris PC
11 South 12th Street
5th Floor
PO Box 30
Richmond, VA 23218
(804) 344-8300
Fax: 804-344-8359
Email: mward@morrismorris.com

Catherine Paige Bobick
McGuire Woods LLP
310 4th St NE Suite 300
PO Box 1288
Charlottesville, VA 22902
434-977-2500
Fax: 434-980-2222
Email: pbobick@mcguirewoods.com

Paul D. Jenkins
McGuireWoods LLP (Charlottesville)
310 4th St NE
PO Box 1288
Charlottesville, VA 22902-1288
434-977-2500
Fax: 434-980-2222
Email: **paul@pauljenkinslaw.com**

William Delaney Bayliss
Williams Mullen (Richmond)
200 South 10th Street
16th Floor
Richmond, VA 23219
(804) 420-6459
Fax: (804) 420-6507
Email: **bbayliss@williamsmullen.com**

Allison Liebman Cannizaro
Sessions Fishman Nathan & Israel LLC
3850 N Causeway Blvd
Lakeway Two Suite 200
Metairie, LA 70002
504-846-7926
Fax: 504-828-3737
Email: acannizaro@sessions-law.biz

Brendan David O'Toole
Williams Mullen (Richmond)
200 South 10th Street
16th Floor
Richmond, VA 23219
804-420-6588
Fax: 804-420-6507
Email: botoole@williamsmullen.com

                                      /s/
                         Leonard A. Bennett, Esq.
                         VSB #37523
                         Attorney for Plaintiff
                         CONSUMER LITIGATION ASSOCIATES, P.C.
                         12515 Warwick Boulevard, Suite 100
                         Newport News, Virginia 23606
                         (757) 930-3660 - Telephone
                         (757) 930-3662 – Facsimile
                         lenbennett@cox.net