UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

**DAVID C. SMITH,**

      **Plaintiff**

v.                                               **CIVIL NO. 3:12CV0005**

**EXPERIAN INFORMATION
SOLUTIONS, INC., et al**

      **Defendants.**

## MOTION FOR PLAINTIFF'S ENLARGEMENT OF TIME TO DISCLOSE AN EXPERT WITNESS

COMES NOW the Plaintiff, by counsel, and pursuant to Fed. R. Civ. P. 6(b), and moves the Court for an Enlargement of Time within which to disclose an expert witness from April 30, 2012 to May 21, 2012 while Plaintiff's counsel attempts settlement discussions with Defendants.

**DAVID C. SMITH,**

        /s/
Leonard A. Bennett, Esq.
VSB #37523
Attorney for Plaintiff
CONSUMER LITIGATION ASSOCIATES, P.C.
12515 Warwick Boulevard, Suite 100
Newport News, Virginia 23606
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
lenbennett@cox.net

## *CERTIFICATE OF SERVICE*

I hereby certify that on this 30th day of April , 2012, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

David Neal Anthony
Troutman Sanders LLP
Troutman Sanders Bldg
1001 Haxall Point
PO Box 1122
Richmond, VA 23219
804-697-5410
Fax: 804-698-5118
Email: david.anthony@troutmansanders.com

Michael Robert Ward
Morris & Morris PC
11 South 12th Street
5th Floor
PO Box 30
Richmond, VA 23218
(804) 344-8300
Fax: 804-344-8359
Email: mward@morrismorris.com

Catherine Paige Bobick
McGuire Woods LLP
310 4th St NE Suite 300
PO Box 1288
Charlottesville, VA 22902
434-977-2500
Fax: 434-980-2222
Email: pbobick@mcguirewoods.com

Paul D. Jenkins
McGuireWoods LLP (Charlottesville)
310 4th St NE
PO Box 1288
Charlottesville, VA 22902-1288
434-977-2500
Fax: 434-980-2222
Email: **paul@pauljenkinslaw.com**

William Delaney Bayliss
Williams Mullen (Richmond)
200 South 10th Street
16th Floor
Richmond, VA 23219
(804) 420-6459
Fax: (804) 420-6507
Email: **bbayliss@williamsmullen.com**

Allison Liebman Cannizaro
Sessions Fishman Nathan & Israel LLC
3850 N Causeway Blvd
Lakeway Two Suite 200
Metairie, LA 70002
504-846-7926
Fax: 504-828-3737
Email: acannizaro@sessions-law.biz

Brendan David O'Toole
Williams Mullen (Richmond)
200 South 10th Street
16th Floor
Richmond, VA 23219
804-420-6588
Fax: 804-420-6507
Email: botoole@williamsmullen.com

                                           /s/
                                Leonard A. Bennett, Esq.
                                VSB #37523
                                Attorney for Plaintiff
                                CONSUMER LITIGATION ASSOCIATES, P.C.
                                12515 Warwick Boulevard, Suite 100
                                Newport News, Virginia 23606
                                (757) 930-3660 - Telephone
                                (757) 930-3662 – Facsimile
                                lenbennett@cox.net