IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
**Richmond Division**

| | |
|---|---|
| DAVID C. SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 3:12CV05–HEH |
| | ) |
| EXPERIAN INFORMATION SOLUTIONS, INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

### ORDER
**(Presentation of Dismissal Order)**

THIS MATTER is before the Court for the presentation of a Dismissal Order. Counsel for the parties have represented to the Court that a settlement has been reached. Accordingly, it is HEREBY ORDERED that counsel for the parties be present on **Friday, July 20, 2012 at 9:00 AM** for presentation of a Dismissal Order in this case. If the parties have not reached a settlement as represented to the Court, then this case will proceed to trial as scheduled.

If the Court receives a Dismissal Order signed by the parties before July 20, 2012, then this case will be removed from the Court's docket.

It is so ORDERED.

The Clerk is directed to send a copy of this Order to all counsel of record.

　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　Henry E. Hudson
　　　　　　　　　　　　　　　　　　　United States District Judge

Date: July 11, 2012
Richmond, Virginia