IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

DAVID C. SMITH,

    Plaintiff

v.                                        CIVIL NO. 3:12cv005

EXPERIAN INFORMATION
SOLUTIONS, INC., et al

    Defendants.

## DISMISSAL ORDER

THIS DAY CAME the Plaintiff, **DAVID C. SMTIH,** and the Defendants, EXPERIAN INFORMATION SOLUTIONS, INC, BANK OF AMERICA, N.A. and BAC LOAN SERVICING, L.P., by counsel, and hereby moves the Court to dismiss with prejudice all claims against Defendants, , EXPERIAN INFORMATION SOLUTIONS, INC, BANK OF AMERICA, N.A. and BAC LOAN SERVICING, L.P. in the above-styled action.

UPON CONSIDERATION, of the representations of counsel and for other good cause shown, it is ORDERED, ADJUDGED, and DECREED that the Complaint is DISMISSED with prejudice as to Defendants, EXPERIAN INFORMATION SOLUTIONS, INC, BANK OF AMERICA, N.A. and BAC LOAN SERVICING, L.P.

Let the Clerk of the Court send copies of this Order to all counsel of record.

Entered this 17 day of July, 2012.

                                             /s/
                                    Henry E. Hudson
                                    United States District Judge



RECEIVED JUL 16 2012 CLERK, U.S. DISTRICT COURT RICHMOND, VA

WE ASK FOR THIS:

_/s/ Susan M. Rot___

Leonard A. Bennett, Esquire, VSB#37523
Susan M. Rotkis, Esquire, VSB#40693
Consumer Litigation Associates, P.C.
12515 Warwick Boulevard, Suite 201
Newport News, VA 23606
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
E-mail: lenbennett@clalegal.com

*Counsel for Plaintiff*

_/s/_

David Neal Anthony, Esquire (VSB No. 31696)
Troutman Sanders, LLP.
Troutman Sanders Bldg.
1001 Haxall Point
P. O. Box 1122
Richmond, VA 23219
(804) 697-5410
Fax: (804) 698-5118
Email: david.anthony@troutmansanders.com

*Counsel for Defendant, Experian Information Solutions, Inc.*

_/s/_

Catherine Paige Bobick, Esquire
McGuire Woods, LLP.
310 4th St., NE Suite 300
P. O. Box 1288
Charlottesville, VA 22902
(434) 977-2500
Fax: (434) 980-2222
Email: pbobick@mcguirewoods.com

*Counsel for Defendants, Bank of America, N.A. and BAC Loan Servicing, L.P.*